U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 6 2005

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

FOREST C. MARTIN, SR.

CIVIL ACTION NO. 04-2010

-vs-

JUDGE DRELL

CITY OF ALEXANDRIA, ET AL.

## RULING

Before the court is a motion to compel, extend discovery deadline and to stay the motion for partial summary judgment pending plaintiff's receiving non-evasive responses to discovery filed by the plaintiff, Forest C. Martin, Sr. ("Martin") [Doc. #36]. The defendants, the City of Alexandria ("City") and Officer Michael Rennier ("Rennier"), responded in opposition to the motion [Doc. #41].

The discovery discussed in this motion does not affect the court's ability to rule on the motion for partial summary judgment [Doc. #31]. As such, the motion to stay the motion for partial summary judgment pending plaintiff's receiving non-evasive responses to discovery will be denied as moot.

The balance of the motion will be referred to the Magistrate Judge for a telephone conference or other appropriate proceeding. The Magistrate Judge has the authority necessary to effectuate resolution of this motion.

## CONCLUSION

Martin's motion to stay will be DENIED AS MOOT. The balance of the

motion will be REFERRED to the Magistrate Judge for appropriate proceedings.

SIGNED on this 15 day of June, 2006, at Alexandria, Louisiana.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE