U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| FOREST C. MARTIN, SR. | CIVIL ACTION NO. 04-2010 |
| -vs- | JUDGE DRELL |
| CITY OF ALEXANDRIA, ET AL. | |

## RULING

Before the court is a motion to strike exhibits filed by defendants the City of Alexandria and Officer Michael Rennier [Doc. #38]. The plaintiff, Forest C. Martin, Sr., has not responded to the motion. The admissibility of the materials that the defendants move to strike will not affect the judgment with respect to the motion for partial summary judgment [Doc. #31]. As such, the motion to strike exhibits filed by defendants will be DENIED AS MOOT.

SIGNED on this 15 day of June, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE